*Thomas E. Waters, Jr.,* with him *James J. Himsworth, Jr.,* and *Waters, Fleer, Cooper & Gallagher,* for appellant.

*James L. Hollinger,* in propria persona, as guardian and trustee ad litem, appellee.

*Robert W. Tredennick, Leonard G. Sautter* and *H. James Sautter,* for executors and trustees, appellees.

*Wesley H. Caldwell, Samuel L. Sagendorph,* and *Roper & Caldwell,* and *Wright, Spencer, Manning & Sagendorph,* for appellees.

OPINION PER CURIAM, March 16, 1965:
Decree affirmed. Costs on appellant.

## Ferraro *v.* Hunsicker, Appellant.

Argued January 8, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Lewis R. Long,* for appellants.

*Harry A. Dower,* with him *Edward N. Cahn,* and *Dower, Kanehann, Huston, McDonald & Cahn,* and *Coffin, Grifo & DeRaymond,* for appellees.

OPINION PER CURIAM, March 16, 1965:
Decree affirmed. Each party to bear own costs.